**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1080

MALEVIS E. DE LEON,

Petitioner,

versus

MICHAEL B. MUKASEY, United States Attorney
General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-833-382)

Submitted: January 11, 2008          Decided: February 14, 2008

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Frederic W. Schwartz, Jr., Washington, D.C., for Petitioner. Peter
D. Keisler, Assistant Attorney General, Leslie McKay, Senior
Litigation Counsel, Lindsay B. Glauner, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malevis E. De Leon, a native and citizen of Columbia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in upholding the denial of De Leon's motion. See 8 C.F.R. § 1003.23(b)(1)(iv) (2007). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: De Leon, No. A95-833-382 (B.I.A. Jan. 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -